## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODRIGUE BUSINESS ASSOCIATES** | * * * | **CIVIL ACTION NO. 2:11-CV-445** **c/w 11-449** |
| V. | * * | **JUDGE FELDMAN** |
| **DRC EMERGENCY SERVICES, LLC** | * * | **SECTION F** |
| | * * | **MAGISTRATE JUDGE CHASEZ** |
| | * | **MAG. DIV. 5** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF COLLATERAL PROCEEDING AND MOTION TO CONSOLIDATE CASE WITH 10-MD-2179

Defendant DRC Emergency Services, LLC ("DRC"), pursuant to Local Civil Rules 3.1 and 3.1.1, requests that this matter be consolidated with the multidistrict litigation entitled: "*In Re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*, Case No. 10-MD-2179" currently pending in this Court (the "MDL").

There are numerous Vessel-of-Opportunity breach of contract actions similar to this case already pending within the MDL. The plaintiffs in those actions have asserted causes of action virtually identical to those asserted in this case. And the vessel charters at issue in these consolidated suits are substantially similar (and in some ways identical) to the charters at issue in the cases already in the MDL. Without consolidation under the local rules governing collateral proceedings, conflicting findings of fact and inconsistent interpretations of the charters could result. Judicial economy is also served by addressing these issues alongside the other cases already pending in the MDL. For these reasons, and the reasons more fully set forth in the

accompanying memorandum, the motion should be granted and these cases should be consolidated with the MDL.

Respectfully submitted,

/s/     Harold J. Flanagan
Harold J. Flanagan (Bar No. 24091)
Stephen M. Pesce (Bar No. 29380)
Sean P. Brady (Bar No. 30410)
Andy Dupre (Bar No. 32437)
**FLANAGAN PARTNERS LLP**
201 St. Charles Avenue, Suite 2405
New Orleans, Louisiana 70170
Telephone:  504-569-0235
Facsimile:  504-592-0251
hflanagan@flanaganpartners.com
spesce@flanaganpartners.com
sbrady@flanaganpartners.com
adupre@flanaganpartners.com

*Attorneys for DRC Emergency Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of DRC Emergency Services, LLC's notice of collateral proceeding and motion to consolidate case with 10-MD-2179 was served upon opposing counsel of record this 25th day of May, 2011, by e-filing same into the CM/ECF system which will automatically deliver a copy of same to all counsel.

/s/     Harold J. Flanagan

2